# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEYDA S., | Civil Action No. 19-4822 (JLL) |
| Petitioner, | |
| v. | **ORDER** |
| THOMAS DECKER, *et al.*, | |
| Respondents. | |

IT APPEARING THAT:

1. On or about September 26, 2018, Petitioner, Leyda S., filed her petition for a writ of habeas corpus in the Southern District of New York challenging her ongoing immigration detention. (ECF No. 1). In her habeas petition, Petitioner sought only her release from detention. (*Id.*).

2. On January 28, 2019, the Southern District transferred her petition to this Court as Petitioner is detained in the Hudson County Correctional Facility, and the Southern District therefore lacked jurisdiction over Petitioner's petition. (ECF No. 17).

3. Shortly thereafter, this Court received a letter from Petitioner's attorney informing the Court that Petitioner was likely to be released and that this matter would become moot in the event that occurred.[1]

4. On February 28, 2019, Petitioner's attorney submitted another letter. (ECF No. 20). In that letter, counsel informs the Court that Petitioner has been released from immigration detention and that Petitioner's removal proceedings have been terminated. (*Id.*). Counsel therefore states

---

[1] Because Petitioner's counsel is not admitted to practice before this Court, that letter was submitted directly to chambers and is therefore not available on the ECF Docket Sheet of this matter.

that Petitioner is no longer in custody nor subject to any future detention, and requests that this matter be dismissed as moot. (*Id.*).

5. Because Petitioner's habeas petition sought only her release from immigration detention, and because Petitioner has been released and is not subject to further immigration detention, this Court no longer has a meaningful opportunity to provide Petitioner with relief. Petitioner's habeas petition is therefore moot, and will be dismissed as such. *See, e.g., Sanchez v. Att'y Gen.*, 146 F. App'x 547, 549 (3d Cir. 2005). For these reasons,

**IT IS THEREFORE** on this ___5th___ day of March, 2019,

**ORDERED** that Petitioner's petition for a writ of habeas corpus, (ECF No. 1), is hereby DISMISSED as moot; and it is finally

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon the parties electronically, and shall CLOSE the file.

JOSE L. LINARES
Chief Judge, United States District Court